# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORDANY SALOMON, et al., individually and on behalf of others similarly situated, | Docket No.: 1:21-cv-03086-KAM-CLP |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| -against- | |
| LVNV FUNDING, LLC, et al., | |
| Defendants. | |

To the Clerk of the above-named Court:

**IT IS HEREBY AGREED** by the undersigned parties and attorneys for Plaintiffs, Geordany Salomon, Donna Coburn, Arian Goxhufi, Barbara Marks, Shellnell Pettiford, Jennifer San Lucas, and Shannon Skubel (hereinafter referred to collectively as "Plaintiffs"), and Defendants LVNV Funding, LLC ("LVNV"), Resurgent Capital Services, LP ("Resurgent"), Credit Control, LLC d/b/a Credit Control & Collections, LLC ("Credit Control"), and PYOD LLC ("PYOD") (hereinafter referred to collectively as "Defendants"), that the within action shall be dismissed with prejudice and with each party to bear their own fees and costs.

**IT IS FURTHER HEREBY AGREED** by the undersigned parties and attorneys for Plaintiffs and Defendants, that the Court shall seal docket entry 12, in accordance with the Court's indication, at the October 27, 2021 initial conference, that said docket entry should be sealed from the public docket.

Dated: December 14, 2021

| | |
|---|---|
| **The Tariq Law Firm, PLLC** | **J Robbin Law PLLC** |
| By: _____<br>Subhan Tariq, Esq. | By: _____<br>Jacquelyn Alena Dicicco, Esq. |
| 34-18 Northern Blvd – Suite 2-25<br>Long Island City, NY 11101<br>Tel No: (718) 674-1245<br>*Attorney for Plaintiffs*<br>*Geordany Salomon, Donna Coburn,*<br>*Arian Goxhufi, Barbara Marks,*<br>*Shellnell Pettiford, Jennifer San Lucas,*<br>*and Shannon Skubel* | 200 Business Park Drive, Ste 103<br>Armonk, NY 10504<br>Tel No: (914) 685-5017<br>*Attorney for Defendants*<br>*LVNV Funding, LLC, Resurgent Capital*<br>*Services, LP, Credit Control, LLC,*<br>*and PYOD LLC* |

So Ordered: Kiyo A. Matsumoto, USDJ
12.14.2021